# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority  ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| | |
|---|---|
| Case No. CV05-430-AHM (FMOx) | Date  March 7, 2005 |
| Title  SCREEN ACTORS GUILD, INC. v. HANNIBAL PICTURES, INC. | |

Present: The Honorable    A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Leslie A. King | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

David Friedman                                       Donald A. Barton
William E. Bensussen

**Proceedings:**   PETITIONER'S MOTION FOR ORDER CONFIRMING ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT IN CONFORMITY THEREWITH [Filed 1/19/05]; Non-Evidentiary

Cause called; appearances made.

Court issues tentative ruling and hears oral argument. The Court DENIES the above motion. Mr. Barton shall promptly circulate and then submit a proposed order.



DOCKETED ON CM
MAR - 7 2005
BY _____ 077

: 15

Initials of Preparer    MMD